UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 4:10-mj-1076

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| Brittany D. Mirise | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Criminal Information currently pending in the above matter is dismissed.

SO ORDERED. This the 27th day of December 2010.

Louise W. Flanagan
Chief U.S. District Judge